United States District Court
Southern District of Texas
FILED

NOV 2 5 2014

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. M-14-30047-M (M-14-1394) |
| JAVIER EDGARDO TABORA | | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about August 19, 2014, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

JAVIER EDGARDO TABORA

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with a Border Patrol Agent with U.S. Customs and Border Protection, while said agent was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

KENNETH MAGIDSON
UNITED STATES ATTORNEY

DAVID A. LINDENMUTH
ASSISTANT UNITED STATES ATTORNEY